RECEIVED
IN MONROE, LA
MAR 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BAYOU PUMPS & PRODUCTS, INC. | CIVIL ACTION NO. 06-0962 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DISCFLOW CORPORATION AND MAX I. GURTH | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Pending before the Court is Defendants' Motion for Appeal to District Judge of Magistrate Judge's Order Denying Motion to Disqualify Counsel ("Defendants' Appeal")[Doc. No. 50].

A motion to disqualify counsel is a non-dispositive pre-trial matter. Pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a), the Court reviews a magistrate judge's rulings on non-dispositive matters only to determine whether they are clearly erroneous or contrary to law.

Having reviewed and considered Magistrate Judge Karen L. Hayes' Memorandum Ruling [Doc. No. 47], the parties' memoranda, and the record in this matter, the Court finds that Magistrate Judge Hayes' ruling was neither clearly erroneous nor contrary to law. Accordingly,

IT IS ORDERED that Defendants' Appeal is DENIED, and Magistrate Judge Hayes' Ruling is AFFIRMED.

MONROE, LOUISIANA, this 21 day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE